IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JESUS MANUEL SILVA-HUIZAR,<br><br>      Defendants. | 8:23-CR-122<br><br>**ORDER DISMISSING FORFEITURE ALLEGATION AS TO DEFENDANT JESUS MANUEL SILVA-HUIZAR** |

  This matter is before the Court on the Government's "Motion to Dismiss Forfeiture Allegation." Filing 79. The Indictment in this case charges two defendants, Cesar Gonzalez and Jesus Manuel Silva-Huizar, with one count of conspiracy to distribute and possess with intent to distribute a mixture or substance containing cocaine, in violation of 21 U.S.C. § 846. Filing 1 at 1. The Indictment also includes a Forfeiture Allegation that names both defendants. Filing 1 at 1–2. The Government now moves this Court to dismiss the Forfeiture Allegation as it relates to Defendant Jesus Manuel Silva-Huizar based upon its review of the evidence and property in this case. Filing 79 at 1. However, the Government has not moved for dismissal of the Forfeiture Allegation against Defendant Cesar Gonzalez. The Court finds that the Government's Motion should be granted. Accordingly,

  IT IS ORDERED:

  1. The Government's Motion to Dismiss Forfeiture Allegation, Filing 79, is granted; and

  2. The Forfeiture Allegation included in the Indictment, Filing 1, is dismissed as it relates to Defendant Jesus Manuel Silva-Huizar.

1

Dated this 13th day of June, 2024.

                                  BY THE COURT:

                                  _____
                                  Brian C. Buescher
                                  United States District Judge